UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-00087(01)RM |
| ) | |
| SEFERINO AMAYA ) | |

ORDER

No objections having been filed to the magistrate judge's report and recommendation issued on January 23, 2008, the court now adopts the report and denies Seferino Amaya's motion to suppress (doc. no. 12).

SO ORDERED.

ENTERED:   February 12, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court